# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 19-1274 CAS (MRW) | Date | August 1, 2019 |
|---|---|---|---|
| Title | Apolinar Sanchex Juarez v. Kevin McAleenan | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

Petitioner filed a notice voluntarily dismissing the petition. (Docket # 11.) This action is dismissed without prejudice.